IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Richard G. Hund and
Kelly A. Hund,

      Debtors.

Chapter 13

Bankruptcy No. 11-

## CHAPTER 13 PLAN

1. The debtors propose to submit monthly payments to the trustee in the amount of $315.00 for sixty (60) months.

2. From these payments, the debtors propose that the trustee shall make the following payments:

   a. Payment of all administrative claims including the trustee's commission and expenses and any unpaid legal fees which are approved by the Court as being fair and reasonable;

   b. Subsequent to the payment of all administrative claims, payment in full of all secured claims, except those listed in paragraph 3 below; including any secured prepetition mortgage arrearage claim of Residential Credit Solutions or its successor in interest, the claim of the Bucks County Tax Claim Bureau and any secured prepetition arrearage claim of First Niagara Bank;

   c. Simultaneously with the payment of secured claims, payment in full of the priority claim of the Internal Revenue Service; and

   d. Subsequent to the payment of all administrative, secured and priority claims, a pro rata payment to all unsecured non-priority claims that are timely filed and duly proven.

3. Debtors shall make all postpetition payments on their mortgage with Residential Credit Solutions or its successor in interest and their postpetition payments on their vehicle loan with First Niagara Bank directly to the lenders in accordance with the contract terms and outside of this Chapter 13 Plan.

_____ 2/18/11        _____ 2/18/11
Richard G. Hund            / Date              Kelly A. Hund              / Date